UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 07780
    DAVID MCGOVERN
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

          Debtor
    SSN XXX-XX-3848

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/01/06 and confirmed on 01/19/07.

    2.  The case was dismissed after confirmation, 03/14/2008.

    3.  The Debtor paid a total of $ 14894.60 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 35642.48 | .00 | 11940.87 |
| AMERICAN GENERAL FINANCE | SECURED | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 3597.97 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 3192.35 | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 2290.39 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2261.31 | .00 | .00 |
| AMERICAN HONDA FINANCE C | SECURED | .00 | .00 | .00 |

          Summary of disbursements:
--------------------------------------------------------------------------
                 SECURED    PRIORITY   UNSECURED    OTHER      TOTAL
--------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 35642.48 | .00 | 11342.02 | .00 | 46984.50 |
| PRINCIPAL PAID | 11940.87 | .00 | .00 | .00 | 11940.87 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 11940.87 | .00 | .00 | .00 | 11940.87 |

The Debtor's attorney, LAW OFFICE OF JOHN J LYNCH PC , was allowed $  3000.00
and was paid $   666.00  direct and $   2334.00  through the plan.

The Trustee received $    619.73 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 06/23/08                        /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE

                              PAGE   2
        CASE NO. 06 B 07780 DAVID MCGOVERN